

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2019

No. 04-19-00357-CR

Marcus **IDROGO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-07-159-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record was due in this case on July 22, 2019, but has not been filed. The docketing statement notes the reporter's record was not requested. The docketing statement further notes appellant has not filed an affidavit of indigency.

The court reporter is responsible for preparing the reporter's record if "the appellant has requested that the reporter's record be prepared" and "the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to appeal without paying the fee." TEX. R. APP. P. 35.3(b).

We therefore order counsel for appellant, Nohl Bryant, to respond to this order within 10 days with proof that appellant has properly requested and paid for the reporter's record. If appellant fails to provide such proof by the date ordered, appellant's brief will be due September 17, 2019 and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court